# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JEFFREY SCOTT LEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2549

———————————————

January 2, 2026

Appeal from the County Court for Manatee County; Jacqueline B. Steele, Judge.

Blair Allen, Public Defender, and Greg Bushn, Assistant Public Defender, Bartow; and Maureen Surber, Assistant Public Defender, Bartow (substituted as counsel of record), for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.